IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K.C. KLAGOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 24-cv-2603 |
| ) | Judge Kness |
| SUN LIFE ASSURANCE COMPANY ) | Magistrate Judge Appenteng |
| OF CANADA, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Plaintiff, K.C. Klagos ("Klagos" or "Plaintiff"), hereby seeks judgment in his favor in accordance with Fed. R. Civ. P. 52 as the facts and evidentiary documents support a finding that his disability benefits were wrongfully terminated. A separate statement encompassing proposed findings of fact is submitted concurrently with this motion, along with a memorandum of law.

WHEREFORE, Plaintiff prays that the Court enter judgment in his favor restoring his disability benefits due since February 4, 2023, and awarding him prejudgment interest, his attorney's fees pursuant to 29 U.S.C. § 1132(g), and his costs.

Dated: November 18, 2024

Respectfully Submitted,

/s/ Mark D. DeBofsky

Mark D. DeBofsky
Attorney for Plaintiff

Mark D. DeBofsky
DeBofsky Law Ltd.
2 N. Riverside Plaza, Suite 1420
Chicago, Illinois 60606
Voice: (312) 561-4040
Fax: (312) 600-4416
Email: mdebofsky@debofsky.com;

## CERTIFICATE OF SERVICE

      Mark D. DeBofsky, the attorney, hereby certifies that on November 18, 2024, he electronically filed the foregoing MOTION FOR ENTRY OF JUDGMENT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to all counsel of record.

      /s/ Mark D. DeBofsky

      _____
      Mark D. DeBofsky
      Attorney for Plaintiff