# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| K.C. KLAGOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-02603 ) ) Judge John F. Kness |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) Magistrate Judge Appenteng ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT

Defendant, Sun Life Assurance Company of Canada ("Sun Life" or Defendant"), by counsel, pursuant to Fed. R. Civ. P. 52, hereby files its Motion for Entry of Judgment. In support of this Motion, Sun Life files contemporaneously herewith and incorporates herein its Memorandum in Support of Defendant's Motion for Entry of Judgment and Response to Plaintiff's Motion for Entry of Judgment, Statement of Facts, and Response to Plaintiff's Corrected Statement of Facts.

Dated: January 15, 2025.   Respectfully submitted,

By:/s/ *Mark E. Schmidtke*
One of the Attorneys for Defendant,
**Sun Life Assurance Company of Canada**

Mark E. Schmidtke, IN Bar No. 1733-45
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219-242-8668
Facsimile: 219-242-8669
mark.schmidtke@ogletree.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2025 the foregoing was filed electronically, and service of same will be made on the following via the Court's CM/ECF system:

>Mark D. DeBofsky
>mdebofsky@debofsky.com

>/s/ *Mark E. Schmidtke*